# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 09-cr-00295-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL CHARLES JESTER,

      Defendant.

---

## MINUTE ORDER[1]

---

Due to a conflict arising on the court's calendar, the revocation of supervised release hearing set for November 3, 2011, at 2:30 p.m. is **VACATED** and is **CONTINUED** pending further order of court. On **November 3, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the revocation hearing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: October 28, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.