**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00295-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL CHARLES JESTER,

    Defendant.

---

## MINUTE ORDER[1]

---

On November 3, 2011, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **November 30, 2011**, commencing at 9:00 a.m., the court shall conduct a revocation of supervised release hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.
    Dated: November 3, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.